| Date | Pleading Number | |
|------|------|------|
| 10/2/72 | 1. | MOTION TO TRANSFER by defs. Edward Hampson & Midwest Saints, Inc., d/b/a The Minnesota Fighting Saints. Supporting brief affidavit of Vance K. Opperman & cert. of service. TRANSFEREE FORUM: District of Minnesota. |
| 10/5/72 | | Corrected Schedule A from movant w/cert of service. |
| 10/13/72 | | NATIONAL HOCKEY LEAGUE request for an extension of time to file and serve response to motion. |
| | | ORDER - extending time to all parties to and including 10/20/72 to file and serve response to motion |
| 10/19/72 | | NATIONAL HOCKEY LEAGUE requesti for an extension of time to file and serve response to motion |
| | | ORDER - extending time to all parties to and including 10/ 27/72 |
| 10/20/72 | 2 | DEREK SANDERSON response to motion w/cert of service |
| 10/24/72 | | HEARING ORDER - Setting A-1 through A-9, Wash. D.C. Nov. 29, 1972 Notified counsel, involved judges. |
| 10/27/72 | | JERRY CHEEVERS request for an extension of time to file and serve response to motion. |
| 10/27/72 | | ORDER- granting extension to all parties to and including Nov. 3, 1972 to file and serve response to motion. Notified counsel |
| 10/27/72 | 3 | WORLD HOCKEY ASSOCIATION, Response to motion |
| 10/27/72 | 4 | PHILADELPHIA WORLD HOCKEY CLUB, INC., JOHN MCKENZIE, ET AL., Response to motion. |
| 10/30/72 | | NASSAU SPORTS, requet for ext. of time to 10/30/72 (see order of 10/27/72) |
| 11/2/72 | | HEARING ORDER- Corrected to include actions A-1 through A-5 and A-7 through A-9 on Schedule A. Notified counsel |
| 11/3/72 | 5 | Plaintiff Nassau Sports response to motion w/cert of service |
| 11/3/72 | 6 | Response of NHL and fifteen of its member teams to motion w/ certificate of service |
| 11/3/72 | 7 | JERRY CHEEVERS memorandum in support of consolidation w/cert. of service |
| 11/3/72 | 8 | BOSTON PROFESSIONAL HOCKEY ASSOCIATION response to motion w/cert of service. |
| 11/6/72 | 9 | CHARLES L. ABRAHAMS response to motion w/cert of service. |
| 1-16-73 | | CONSENT OF Judge Joseph S. Lord for Judge Higginbotham to handle litigation in the E.D. Penna. for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 |
| 1-16-73 | | OPINION AND ORDER Consolidating the Mass actions, Action in Minn and E.D. Penna. in the E.D. of Penna. for coordinated or consolidated pretrial proceedings and assigning to Judge A. Leon Higginbotham for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. distribution made. |
| 1-16-73 | | NASSAU SPROTS, ETC. V. GARRY PETERS, ET AL., E.D. NEW YORK, 72 Civ. 1086 - Entered CTO today. Notified counsel, involved judges. |
| 1/24/73 | | NASSAU SPORTS letter request for further instructions w/cert. of service. |
| 1/26/73 | | DEFENDANT NORMAN FERGUSON explanatory letter of January 20, 1973 |
| 1/29/73 | | NASSAU SPORTS V. HOUSTON HOCKEY CLUB, S.D.TEX, 72-H-1356 CTO entered today. Notified counsel, involved judges. |
| 1/31/73 | | NASSAU SPORTS ETC, V. GARRY PETERS, ET AL. E.D.N.Y. 72 Civ. 1086 Notice of Opposition filed today from plaintiff. |
| | | ORDER - staying CTO - Notified counsel. |
| 1/31/73 | 10 | NASSAU SPORTS V. HOUSTON HOCKEY CLUB, ET AL., S.D. Tex 72 H 1356 MOTION of several defendants to transfer action to E.D.Pa. w/supporting brief pursuant to 28 U.S.C. §1407 w/cert of service. |

| Date | Pleading Number | |
|---|---|---|
| 2/5/73 | | NASSAU SPORTS V. HOUSTON HOCKEY, ET AL., S.D.TEX 72-H-1356 CTO VACATED - Notified counsel, involved judges. |
| 2/20/73 | 11 | Notice and Memo in opposition to motion to transfer from Nassau Sports |
| 2/20/73 | 12 | Nassau Sports memo XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX and brief in support to vacate CTO w/cert. of service. |
| 2/16/73 | | Nassau Sports request for extension of time. ~~Granted~~ |
| 3/5/73 | | NASSAU SPORTS, ETC. V. GARRY PETERS, ET AL. E.D.N.Y., 72 Civ. 1086 |
| | | NASSAU SPORTS, ETC. V. HOUSTON HOCKEY CLUB, ET AL., S.D.TEX 72-H-1356 HEARING ORDER - Set for March 23, 1973, Washington, D. C. Notified counsel |
| XXXXXXX | | XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX |
| 3/12/73 | 13 | NASSAU SPORTS, ET AL. V. NORMAN FERGUSON, ET AL., E.D.N.Y. 72 Civ. 1132 Motion of Edward Hampson, Minnesota Fighting Saints, World Hockey Association, Metropolitan Hockey Club, and Norman Ferguson, Brief and cert of service |
| 3/12/73 | 14 | Metropolitan Hockey Club, Inc., The Minnesota Fighting Saints, World Hockey Objection to motion to vacate CTO (Peters action), supporting brief, certificate of service |
| 3/12/73 | 15 | NASSAU SPORTS V. HOUSTON HOCKEY CLUB, ET AL., S.D.TEX 72-H-1356 Edward Hampson, Minnesota Fighting Saints, World Hockey Association Houston Hockey Club, Inc. memo in support of motion of Gordon Labossiere (Pleading No. 10) w/cert of service. |
| 3/12/73 | | EDWARD HAMPSON request for extension of time to file and serve additional motions, briefs, responses to Mar. 12, 1973 - GRANTED |
| 3/13/73 | | ORDER - HEARING - Setting (Nassau Sports v. Norman Ferguson, et al. E.D. N.Y., 72 Civ. 1132) for hearing, Mar. 23, 1973 Washington, D.C. Notified counsel |
| 8/3/73 | | NASSAU SPORTS V. GARRY PETERS, E.D.N.Y. 72 C 1086 Letter from counsel for defendants bringing the Panel up-to-date as to certain facts in the above case. (Letters individually addressed to all members of the panel) dated 7/30/73 signed by Vance K. Opperman, Doherty, Rumble & Butler. |
| 9/27/73 | | Calif. Sports, Inc. v. SERGE BERNIER, ET AL., C.D. Cal. 72-2127-ALS WORLD HOCKEY V. NASSAU SPORTS, E.D.N.Y. 73C1370 SHOW CAUSE AND HEARING ORDER. Set for hearing October 29, 1973 San Francisco, Calif. Notified judges and Counsel |
| 10/10/73 | 16 | CALIFORNIA SPORTS INC., Response to SCO in Bernier Case., C-73-2127-ALS |
| 10/12/73 | 17 | NATIONAL HOCKEY LEAGUE response to OSC w/cert. of service |
| 10/12/73 | 18 | XXXXXXXXXXXXXXXXX WORLD HOCKEY ASSOCIATION response to SCO w/cert. of service |
| 10/15/73 | 19 | NASSAU SPORTS, ROY BOE AND WILLIAM TORREY response to OSC w/cert/ of service. |
| 10/19/73 | 20 | WORLD HOCKEY ASSN., Reply Memorandum in Support of Transfer w/cert se-v/ |
| 1/3/74 | | Nassau Sports v. Garry Peters, et al., E.D.N.Y. 72 C 1086 Nassau Sports v. Norman Ferguson, E.D.N.Y., 72 Civ 1132 Nassau Sports v. Houston Hockey Club, et al., S.D. Tex, 72-H-1356 Opinion and Order transferring actions to the E.D. Penna. for assignment to Judge Higginbotham for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 |
| 1/3/74 | | Nassau Sports v. Garry Peters, E.D.N.Y. 72 C 1086 Nassau Sports v. Norman Ferguson, E.D.N.Y. 72 C 1132 JUDGE EDWARD WEINFELD dissenting opinion involving the two above actions. |
| 1/4/74 | | Calif. Sports, Inc. v. Serge Bernier, C.D. Cal - C-73-2127-ALS WHA v. Nassau Sports, E.D.N.Y., 73C1370 Opinion and Order transferring actions to the E. D. Penna. pursuant to 28 U.S.C. §1407 |

## Description of Litigation

### IN RE PROFESSIONAL HOCKEY ANTITRUST LITIGATION

*all Dismissed*

#### Summary of Panel Action

Date(s) of Hearing(s) **11/29/72**

Date(s) of Opinion(s) or Order(s) **1-16-73** *352 F. Supp. 1405*

Consolidation Ordered **x**          Name of Transferee Judge  A. Leon Higginbotham

Consolidation Denied ____          Transferee District  E. D. Pennsylvania

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Boston Professional Hockey Assn., Inc. v. Derek Sanderson | Mass. Caffrey | 72-2490-C | 1-16-73 | 73-215 | 2/19/74 | Motion-10/2/2 |
| A-2 | Boston Professional Hockey Assn., Inc. v. Gerry Cheevers | Mass. Caffrey | 72-2484-C | 1-16-73 | 73-218 | 2/19/74 | " |
| A-3 | Nassau Sports, etc. v. Garry Peters, et al. *11/16/73 OPPOSED* | E.D.N.Y. Neaher | 72 Civ.1086 | 1/3/74 | | 2/19/74 | " |
| A-4 | Nassau Sports, etc. v. Norman Ferguson, et al. | E.D.N.Y. Neaher | 72 Civ.1132 | 1/3/74 | | 2/19/74 | " |
| A-5 | Philadelphia World Hockey Club, Inc. v. Philadelphia Hockey Club, Inc. | E.D.Pa. Higgin-botham | 72-1661 | | | 2/19/74 | " |
| A-6 | Robert M. Hull, et al v. National Hockey *DELETED FROM MOTION BY MOVANT - 10/6/72* Kelleher | C.D.Cal. | 72-2297-RJK | | | | " |
| A-7 | Nassau Sports v. Edward Hampson, et al. | Minn. *LARSON* | 4-72 Civ. 466 | 1-16-73 | 73-74 | 2/19/74 | ' |
| A-8 | World Hockey Assn., et al. v. National Hockey League, et al. | C.D.Cal. 72-1995 Higgin Pa. 72-2021-AA botham | | | | 2/19/74 | Stip. tr. to E.D.Pa. filed 10/10/72 |
| A-9 | Sports Centrepoint Enterprises, Ltd., et al. v. National Hockey League | E.D.Pa. Higgin-botham | 72-1906 | | | 2/19/74 | |

DOCKET NO. 119    (CONTINUED)                               PAGE _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| XYZ-1 | John McKenzie v. Philadelphia World Hockey Club, Inc., etal. | E.D.Pa. LH | 72-1902 | | | 2/19/74 | |
| XYZ-2 | Philadelphia Hockey Club, Inc. v. John McKenzie, et al. | E.D.Pa. LH | 72-1807 | | | 2/19/74 | |
| B-1 | Nassau Sports v. Houston Hockey Club, et al. *Hoglas et Juseted* | S.D.Tex Seals | 72-H-1356 | 1/3/74 | | 2/19/74 | Motion 1/31/73 |
| B-2 | California Sports Inc. v. Serge Bernier, et al. | C.D.Cal ALS | C73-2127 | 1/4/74 | | 2/19/74 | SCO 9/27 |
| B-3 | World Hockey Association, et al. v. Nassau Sports, et al. | E.D.N.Y. | 73C 1370 | 1/4/74 | | 2/19/74 | SCO 9/27 |

p. _____

# ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __119__ -- __IN RE PROFESSIONAL HOCKEY ANTITRUST LITIGATION__

_____

_____

| Plaintiff | Defendant |
|---|---|
| **BOSTON PROFESSIONAL HOCKEY ASSN., INC.** (A-1 & A-2)<br>Joseph W. Bartlett, Esquire<br>Ely, Bartlett, Brown & Proctor<br>225 Franklin Street<br>Boston, Massachusetts  02110 | DEREK SANDERSON<br>Roger P. Stokey, Esquire<br>Goodwin, Proctor & Hoar<br>28 State Street<br>Boston, Massachusetts 12109 |
| NASSAU SPORTS, ETC. (A-3 & A-4)<br>J. Edward Meyer,III, Esquire=<br>Roth, Carlson, Kwit, Spengler & Gordell<br>280 Park Avenue<br>New York, New York  10017 | GERRY CHEEVERS<br>  Edward Hanify, Esq.<br>  Ropes & Gray<br>  225 Franklin Street<br>  Boston, Massachusetts  02110 |
| PHILADELPHIA WORLD HOCKEY CLUB, INC. (A-5)<br>SPORTS CENTREPOINT ENTERPRISES, LTD.,<br>ET AL, (A-9)<br>  Allen D. Black, Esquire<br>  Harold E. Kohn, P.A. Attorneys at Law<br>  1214 IVB Building<br>  1700 Market Street<br>  Philadelphia, Penna.  19103 | GARRY PETERS<br>NORMAN FERGUSON<br>METROPOLITAN HOCKEY CLUB, INC.<br>  Golenbock and Barell<br>  60 East 42nd Street<br>  New York, New York  10017 |
| NASSAU SPORTS (A-7)<br>Robert Weinstine, Esquire<br>Oppenheimer, Brown, Wolff, Leach & Foster<br>W-1781 First National Bank Building<br>St. Paul, Minnesota  55101 | CHARLES ABRAHAMS<br>Emanuel Dannett, Esquire<br>Graubard, Moskovitz, McGoldrick,<br>  Dannett & Horowitz<br>345 Park Avenue<br>New York, New York  10022 |
| WORLD HOCKEY ASSN., ET AL. (A-8)<br>Paul G. Bower, Esquire<br>Gibson, Dunn & Crutcher<br>515 South Flower Street<br>Los Angeles, California  90071 | CALIFORNIA SPORTS, INC.<br>Arthur Groman, Esquire<br>Mitchell, Silberberg & Knupp<br>1800 Century Park East<br>Los Angeles, California  90067 |
| General Counsel to Wordl Hockey Assn.<br>  Donald J. Regan, Esquire<br>  Nagel, Regan & Davidson, Inc.<br>  1010 North Main Street, Suite 510<br>  Santa Ana, California  92701 | LOCAL COUNSEL<br>Richard McElroy, Esquire<br>Blank, Rome, Klaus & Comisky<br>11th Floor, Four Penn Center<br>Philadelphia 19103<br>LO-9-3700 |

p. _____

| Plaintiff | Defendant |
|---|---|
| | PHILADELPHIA HOCKEY CLUB, INC.<br>~~BOSTON PROFESSIONAL HOCKEY ASSN., INC.~~<br>CHARLES O. FINLEY & CO., INC.<br>CHICAGO BLACKHAWK HOCKEY TEAM, INC.<br>DETROIT HOCKEY CLUB, INC.<br>HOCKEY CLUB OF MINNESOTA, INC.<br>LE CLUB DE HOCKEY CANADIEN, INC.<br>NEW YORK RANGERS, INC.<br>PITTSBURGH PENGUIN PARTNERS, LTD.<br>ST. LOUIS BLUES HOCKEY CLUB, INC.<br>MAPLE LEAF GARDENS, LTD.<br>MEDICAL INVESTMENT CORP.<br>NIAGARA FRONTIER HOCKEY CORP.<br>ATLANTA HOCKEY INC.<br>NATIONAL HOCKEY LEAGUE<br>Harry L. Shniderman, Esquire<br>Covington & Burling<br>888 Sixteenth Street, N.W.<br>Washington, D.C.  20006 |
| | EDWARD HAMPSON<br>MIDWEST SAINTS, INC. D/B/A THE MINNESOTA<br>   FIGHTING SAINTS<br>~~Frank Claybourne, Esquire~~ *VANCE K. Opperman, Esq.*<br>Doherty, Rumble & Butler<br>E-1500 First National Bank Bldg.<br>St. Paul, Minnesota  55101 |
| | Clarence S. Campbell<br>President, National Hockey League<br>922 Sun Life Building<br>Montreal, Quebec, Canada |
| B-1  John F. Heard, Esq.<br>Baker & Botts<br>3000 One Shell Plaza<br>Houston, Texas  77002<br><br>Fritz, Christ, O'Brien & Farrell<br>114 Old Country Road<br>Mineola, New York | Thomas R. McDade, Esq.<br>Fulbright, Crooker & Jaworski<br>Bank of the Southwest Building<br>Houston, Texas  77002<br>   HOUSTON HOCKEY CLUB, INC.<br>   GORDON LABOSSIERE<br>   JOHN SCHELLA<br>   EDWARD TAYLOR |
| B-2  Mitchell, Silberberg & Knupp<br>Same as Defendants A-5, A-8, A-9 | Nagel, REgan & Davidson<br>Same as Plaintiff A-8 |

# ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 119 -- IN RE PROFESSIONAL HOCKEY ANTITRUST LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-1 *A-2* | Joseph W. Bartlett, Esquire Ely, Bartlett, Brown & Proctor 225 Franklin Street Boston, Massachusetts 02110 | *DEREK SANDERSON* Roger P. Stokey, Esquire Goodwin, Proctor & Hoar 28 State Street Boston, Massachusetts 12109 |
| A-2 | Same as A-1 above (Bartlett) *Daniel B. Bickford* *James J. Marcellino* | *GERRY CHEEVERS* George J. Moscarino, Esquire Jones, Day, Cockley & Reavis 1750 Union Commerce Building Cleveland, Ohio 44115 |
| | | Edward B. Hanify, Esquire Ropes & Gray 225 Franklin Street Boston, Massachusetts 02110 |
| A-3 *A-4* | Fritz, Christ, O'Brien & Farrell 114 Old Country Road Mineola, New York  11501 *2 Edward Meyer III, Esq.* Roth, Carlson, Kwit, Spengler & Gordell 280 Park Avenue New York, New York  10017 | J. Topkis, Esquire Paul, Weiss, Rifkind, Wharton & Garrison 345 Park Avenue New York, New York  10022 *for def. Charles Abrahams* emanuel Dannett, Esq. Graubard, Moskowitz, McGoldrick, Dannett & Horowitz 345 Park Avenue New York, New York  10022 |
| A-4 | *Same as A-3* Robert Weinstine, Esquire Oppenheimer, Brown, Wolff, Leach & Foster W-1761 First National Bank Bldg. St. Paul, Minnesota  55101 | Same as A-3 above Charles L. Abrahams, Esquire 6399 Wilshire Boulevard Los Angeles, California  90048 |
| A-5 | Edward W. Madeira, Jr., Esquire Pepper, Hamilton & Scheetz 123 South Broad Street Philadelphia, Pennsylvania 19109 | Philadelphia Hockey Club, Inc. The Spectrum Pattison Place Philadelphia, Pennsylvania |
| | | Boston Professional Hockey Association,Inc 150 Causeway Street Boston, Massachusetts |
| | | Charles O. Finley & Co., Inc. 303 Hegenberger Road Oakland, California  94621 |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| A-5<br>Cont | *California Sports, Inc.*<br>*Arthur Groman, Esq.*<br>*Mitchell Silberberg & Knupp*<br>*1800 Century Park East*<br>*Los Angeles 90067* | Chicago Blackhawk Hockey Team, Inc.<br>Chicago Stadium<br>1800 West Madison Street<br>Chicago, Illinois  60612<br><br>Detroit Hockey Club, Inc.<br>Olympia Stadium<br>1st Floor, 5920 Grand River at McGraw<br>Detroit, Michigan  48208<br><br>California Sports, Inc.<br>The Forum<br>3900 West Manchester<br>Inglewood, California  90305<br><br>The Hockey Club of Minnesota, Inc.<br>Metropolitan Sports Center<br>7901 Cedar Avenue<br>Minneapolis, Minnesota  55420<br><br>Le Club de Hockey Canadien, Inc.<br>Montreal Forum<br>2313 St. Catherine Street West<br>Montreal, Canada<br><br>New York Rangers, Inc.<br>Madison Square Garden<br>4 Pennsylvania Plaza<br>New York, New York  10001<br><br>Pittsburgh Penquins Partners<br>Civic Arena, Gate #7<br>Pittsburgh, Pennsylvania  15219<br><br>St. Louis Blues Hockey Club, Inc.<br>5700 Oakland Avenue<br>St. Louis, Missouri  63110<br><br>Maple Leaf Gardens, Ltd.<br>Maple Leaf Gardens<br>60 Carlton Street<br>Toronto, Ontario, Canada<br><br>Medical Investment Corp.<br>Pacific Colliseum<br>Exhibition Park<br>Vancouver, British Columbia, Canada<br><br>Niagara Frontier Hockey Corp.<br>Memorial Auditorium<br>Buffalo, New York  14202<br><br>Atlanta Hockey Inc.<br>2 Forsyth St., N.W.<br>Atlanta, Ga. |

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

DOCKET NO. 119 -- IN RE PROFESSIONAL HOCKEY ANTITRUST LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| A-5 Cont. | | Clarence S. Campbell, President National Hockey League 922 Sun Life Building Montreal, Quebec, Canada |
| A-6 | Donald J. Regan, Esquire Tim S. Grandi, Esquire Nagel, Regan & Davison, Inc. 1010 North Main St., Suite 510 Santa Ana, California 92701 | Same as A-5 above; also Mr. R. Alan Eagleson 45 Richmont Street West Suite 705 Toronto, Ontario, Canada |
| A-7 | Robert Weinstine, Esquire Oppenheimer, Brown, Wolff, Leach & Foster W-1781 First National Bank Bldg. St. Paul, Minnesota 55101 | Frank Claybourne, Esquire Doherty, Rumble & Butler E-1500 First National Bank Bldg. St. Paul, Minnesota 55101 |
| A-8 | Donald J. Regan, Esquire Tim S. Grandi, Esquire Nagel, Regan & Davison, Inc. 1010 North Main St., Suite 510 Santa Ana, California 92701 | (*)See Below |
| A-9 | Same as A-5 (Madeira) | CHICAGO BKACKHAWK HOCKEY TEAM, INC. Blank, Rome, Klaus & Comisky Four Penn Center Plaza Philadelphia, Pennsylvania 19103 |

(*)  Paul G. Bower, Esquire
     Gibson, Dunn & Crucher
     515 South Flower Street
     Los Angeles, Cal.  90071

ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
| B-3 | WORLD HOCKEY ASSOCIATION<br>    Paul G. Bower (See A-8) | NASSAU SPORTS<br>    (Robert Weinstine, see A-7)<br><br>Mr. Roy Boe<br>One Old Country Road<br>Carle Place<br>Nassau County<br>New York, New York<br><br>Mr. Willam A. Torrey<br>One Old Country Road<br>Carle Place,<br>Nassau County<br>New York, New York<br><br> NATIONAL HOCKEY LEAGUE CLUBS<br>   Richard Cooper, Esq.<br>   Williams  Connolly & Califano<br>   1000 Hill Building<br>   Washington, D. C.  20006 |

p. _____

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 119    --   Professional Hockey Antitrust Litigation

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Nassau Sports, A Limited Partnership | A-5; A-6   B-3 |
| National Hockey League | A-5; A-8; A-7 |
| Clarence S. Campbell, Ind. & as Pres. of Nat'l Hockey Players Assn. | A-6, A-8 |
| R. Alan Eagleson, Ind. & as Exec. Dir'r of Nat'l Hockey League Players Assn. | A-6 |
| Edward Hampson | A-7 |
| Midwest Saints, Inc. d/b/a The Minnesota Fighting Saints | A-7 |
| MADISON SQUARE GARDEN CENTER, INC | A-9 |
| VAN COUVER HOCKEY CLUB, LTD | A-9 |
| Serge Bernier. | B-2 |
| Le Club De Hockey Les Nor | B-2 |

p. _____

| | |
|---|---|
| Roy Bae | B-3 |
| William A Torey | B-3 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

P. _____

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. __119__ -- Professional Hockey Antitrust Litigation
_____

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Derek Sanderson | A-1 |
| Gerry Cheevers | A-2 |
| Garry Peters | A-3 |
| Metropolitan Hockey Club, Inc. | A-3; A-4 |
| Charles L. Abrahams | A-3; A-4 |
| Norman Ferguson | A-4 |
| Philadelphia Hockey Club, Inc. | A-5; A-6, A-8, A9 |
| Boston Professional Hockey Assn., Inc. | A-5; A-6; A-8, A9 |
| Charles O. Finley & Co., Inc. | A-5; A-6; A-8, A-1 |
| Chicago Blackhawk Hockey Team, Inc. | A-5; A-6; A-8, A9 |

p. _____

| | |
|---|---|
| Detroit Hockey Club, Inc. | A-5; A-6; A-8; A-9 |
| California Sports, Inc. | A-5; A-6; A-8; A-9 |
| The Hockey Club of Minnesota, Inc. | A-5; A-6; A-8; A-9 |
| Le Club de Hockey Canadien, Inc. | A-5; A-6; A-5; A-9. |
| New York Rangers, Inc. | A-5; A-6; A-8; A-9 |
| Pittsburgh Penguin Partners, Ltd. | A-5; A-6; A-8; A-9 |
| St. Louis Blues Hockey Club, Inc. | A-5; A-6; A-8; A-9 |
| Maple Leaf Gardens, Ltd. | A-5; A-6; A-8; A-9 |
| Medical Investment Corp. | A-5; A-6; 7-8 |
| Niagara Frontier Hockey Corp. | A-5; A-6; A-8; A-9 |
| Atlanta Hockey Inc. | A-5; A-6 |